UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION | : : : : : : : | Civil Action No. 2:16-md-2687-JLL-JAD<br><br>**NOTICE OF APPEAL** |
| *This Document Relates to*<br>*Indirect Purchaser Plaintiffs* | | |

## NOTICE OF APPEAL OF THE UNITED STATES

PLEASE TAKE NOTICE that, on August 6, at 9:00 a.m., or as soon thereafter as counsel may be heard, pursuant to Civil Rule 72.1(c)(1)(A) of the Local Civil Rules of the United States District Court for the District of New Jersey, the United States Attorney (J. Andrew Ruymann, appearing) and United States Department of Justice Antitrust Division (Frank A. Cavanagh, Assistant Chief, Patricia L. Jannaco, and Mary Anne F. Carnival, Trial Attorneys, appearing) will appeal to this Court for an Order vacating the June 13, 2018 Order and the June 22, 2018 Order of the Special Master in this case as contrary to law and clearly erroneous by holding that the *Touhy* regulations of the Department of Justice, 28 C.F.R. 16.21 et seq., do not apply to the production of the criminal discovery documents sought by the Indirect Purchaser Plaintiffs.

A Brief in Support of this Appeal and a proposed form of Order are submitted herewith.

Oral argument is waived unless a timely objection is filed or the Court orders otherwise.

Dated:  June 27, 2018

CRAIG CARPENITO
United States Attorney

/s/ *J. Andrew Ruymann*
By: J. ANDREW RUYMANN
Assistant U.S. Attorney

Frank A. Cavanagh, Assistant Chief
Patricia L. Jannaco, Trial Attorney
Mary Anne F. Carnival, Trial Attorney

Antitrust Division
United States Department of Justice
26 Federal Plaza, Suite 3630
New York, New York 10278